Jay J. Schuttert, Nevada Bar No. 8656
Casey G. Perkins, Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com
Email: cgperkins@swlaw.com

Attorneys for Defendant
GENERAL MOTORS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF ROCIO GUADALUPE CELAYA; ELVIRA SALAZAR, as an individual and as heir of ROCIO GUADALUPE CELAYA and as parent/guardian and proposed Special Administrator of the ESTATE OF ROCIO GUADALUPE CELAYA; TERESITA MENDOZA, as an individual and as heir of ROCIO GUADALUPE CELAYA and as proposed Special Administrator of the ESTATE OF ROCIO GUADALUPE CELAYA; ALAN MACINTOSH, as proposed Special Administrator of ESTATE OF ROCIO GUADALUPE CELAYA; ESTATE OF OMAR JIMENEZ FLORES; SERGIO JIMENEZ, as an individual and as heir of OMAR JIMENEZ and as proposed Special Administrator of ESTATE OF OMAR JIMENEZ FLORES; LETICIA JIMENEZ; as an individual and as heir of OMAR JIMENEZ and as proposed Special Administrator of ESTATE OF OMAR JIMENEZ FLORES; ALAN MACINTOSH, as proposed Special Administrator of ESTATE OF OMAR JIMENEZ FLORES; ELIZA MICHELLE CORTEZ; an individual; JENNY CABRERA aka JENNY CABRERA TORREGROSSA, as a minor; DAYMI CABRERA TORREGROSSA, an individual and as parent/guardian of JENNY CABRERA, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS CORPORATION, a business entity; GENERAL MOTORS, CO. a | Case No. 2:13-cv-01522-APG-NJK <br><br> **STIPULATION AND ORDER TO SUBSTITUTE PARTIES** |

| | |
|---|---|
| business entity; GENERAL MOTORS ACCEPTANCE CORPORATION, a business entity; GMAC, INC., a business entity; DOES 1-200 and ROE ENTITIES 1-200, inclusive,<br><br>Defendants. | |
| ESTATE OF SERGIO ALFONSO BRIAN DIAZ GUZMAN; ALAN MACINTOSH, proposed Special Administrator of ESTATE OF SERGIO ALFONSO BRIAN DIAZ GUZMAN; SERGIO ALFONSO DIAZ-HERNANDEZ, an individual and heir and proposed Special Administrator for ESTATE OF SERGIO ALFONSO BRIAN DIAZ GUZMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a business entity; GENERAL MOTORS, CO. a business entity; GENERAL MOTORS ACCEPTANCE CORPORATION, a business entity; GMAC, INC., a business entity; DOES 1-200 and ROE ENTITIES 1-200, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01524-APG-NJK |

**STIPULATION AND ORDER TO SUBSTITUTE GENERAL MOTORS, LLC AS A DEFENDANT IN PLACE OF GENERAL MOTORS, CO.**

In the above-captioned consolidated cases, Plaintiffs' named General Motors, Co. as a defendant. Because General Motors, LLC, and not General Motors, Co., is the proper entity, if any, to respond to the merits of a product liability claim related to the 2002 Chevrolet Suburban at issue in this case, the parties hereby stipulate and agree that General Motors, LLC shall be substituted in place of General Motors, Co. in the consolidated cases and the caption shall be

///
///
///
///
///

amended accordingly.

DATED this  1st  day of October, 2013.

SNELL & WILMER L.L.P.

By:/s/ Casey G. Perkins
Jay J. Schuttert
Nevada Bar No. 8656
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendant
GENERAL MOTORS, LLC

DATED this  1st  day of October, 2013.

NEHME-TOMALKA & ASSOCIATES

By:/s/ Doris Nehme-Tomalka
Doris Nehme-Tomalka
Nevada Bar No. 6431
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128

Attorneys for Plaintiffs
2:13-cv-01522-APG-NJK

DATED this  1st  day of October, 2013.

KAJIOKA & BLOOMFIELD

By:/s/ Dean Y. Kajioka
Dean Y. Kajioka, Esq.
Nevada Bar No. 5030
8530 W. Charleston Blvd., Suite 100
Las Vegas, NV 89117

Attorneys for Plaintiffs
Case No. 2:13-cv-01524-APG-NJK

**ORDER**

IT IS SO ORDERED this  1st  day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Casey G. Perkins
Jay J. Schuttert, Nevada Bar No. 8656
Casey G. Perkins, Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
GENERAL MOTORS, LLC