1     Jay J. Schuttert, Nevada Bar No. 8656
SNELL & WILMER L.L.P.
2     3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
3     Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
4     Email: jschuttert@swlaw.com

5     Attorneys for Defendant
GENERAL MOTORS, LLC

6

7

8                      **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10     ESTATE OF ROCIO GUADALUPE       Case No. 2:13-cv-01522-APG-NJK
CELAYA; ELVIRA SALAZAR, as an
11     individual and as heir of ROCIO
GUADALUPE CELAYA and as
12     parent/guardian and proposed Special       **STIPULATION AND ORDER FOR**
Administrator of the ESTATE OF ROCIO    **DISMISSAL WITH PREJUDICE**
13     GUADALUPE CELAYA; TERESITA
MENDOZA, as an individual and as heir of
14     ROCIO GUADALUPE CELAYA and as
proposed Special Administrator of the
15     ESTATE OF ROCIO GUADALUPE
CELAYA; ALAN MACINTOSH, as proposed
16     Special Administrator of ESTATE OF ROCIO
GUADALUPE CELAYA; ESTATE OF
17     OMAR JIMENEZ FLORES; SERGIO
JIMENEZ, as an individual and as heir of
18     OMAR JIMENEZ and as proposed Special
Administrator of ESTATE OF OMAR
19     JIMENEZ FLORES; LETICIA JIMENEZ; as
an individual and as heir of OMAR JIMENEZ
20     and as proposed Special Administrator of
ESTATE OF OMAR JIMENEZ FLORES;
21     ALAN MACINTOSH, as proposed Special
Administrator of ESTATE OF OMAR
22     JIMENEZ FLORES; ELIZA MICHELLE
CORTEZ; an individual; JENNY CABRERA
23     aka JENNY CABRERA TORREGROSSA, as
a minor; DAYMI CABRERA
24     TORREGROSSA, an individual and as
parent/guardian of JENNY CABRERA,
25

                       Plaintiffs,
26

vs.
27

GENERAL MOTORS CORPORATION, a
28     business entity; GENERAL MOTORS, LLC, a

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

1  business entity; GENERAL MOTORS
   ACCEPTANCE CORPORATION, a business
2  entity; GMAC, INC., a business entity; DOES
   1-200 and ROE ENTITIES 1-200, inclusive,
3
4               Defendants.

5  ESTATE OF SERGIO ALFONSO BRIAN          Case No. 2:13-cv-01524-APG-NJK
   DIAZ GUZMAN; ALAN MACINTOSH,
6  proposed Special Administrator of ESTATE
   OF SERGIO ALFONSO BRIAN DIAZ
7  GUZMAN; SERGIO ALFONSO DIAZ-
   HERNANDEZ, an individual and heir and
8  proposed Special Administrator for ESTATE
   OF SERGIO ALFONSO BRIAN DIAZ
9  GUZMAN,

10              Plaintiffs,

11 vs.

12 GENERAL MOTORS CORPORATION, a
   business entity; GENERAL MOTORS, LLC, a
13 business entity; GENERAL MOTORS
   ACCEPTANCE CORPORATION, a business
14 entity; GMAC, INC., a business entity; DOES
   1-200 and ROE ENTITIES 1-200, inclusive,
15
16              Defendants.

17          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant

18 General Motors, LLC, Case No. 2:13-cv-01522-APG-NJK; and  Plaintiffs and Defendant General

19 Motors, LLC, Case  No. 2:13-cv-01524-APG-NJK, by  and  through  their  respective  counsel  of

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

record, that the above matter be dismissed in its entirety, with prejudice, with the Plaintiffs (collectively and jointly) and the Defendants each agreeing to bear their own costs and attorneys' fees.

DATED this  10th  day of September, 2015.        DATED this  10th  day of September, 2015.

SNELL & WILMER L.L.P.                                NEHME-TOMALKA
                                                         & ASSOCIATES

By: /s/ Jay J. Schuttert                         By: /s/ Doris Nehme-Tomalka
    Jay J. Schuttert                                 Doris Nehme-Tomalka
    Nevada Bar No. 8656                               Nevada Bar No. 6431
    3883 Howard Hughes Pkwy., Ste. 1100              2620 Regatta Drive, Suite 102
    Las Vegas, NV 89169                               Las Vegas, NV 89128

    Attorneys for Defendant                          Attorneys for Plaintiffs
    GENERAL MOTORS, LLC                               Case No. 2:13-cv-01522-APG-NJK


                                                 KAJIOKA & BLOOMFIELD


                                                 By: /s/ Dean Y. Kajioka
                                                     Dean Y. Kajioka
                                                     Nevada Bar No. 5030
                                                     8530 West Charleston Blvd., Suite 100
                                                     Las Vegas, NV 89117

                                                     Attorneys for Plaintiffs
                                                     Case No. 2:13-cv-01524-APG-NJK

## ORDER

IT IS SO ORDERED.

DATED this 10th  day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Jay J. Schuttert
Jay J. Schuttert, Nevada Bar No. 8656
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
GENERAL MOTORS, LLC
22526613

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200